# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00409-CV

---

**Christine Marie Richey, Individually and as Trustee of the Sherrell J. Pflueger Revocable Trust, Appellant**

**v.**

**Christopher Brouse, Appellee**

---

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-22-000508, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on September 26, 2022. On October 28, 2022, this Court sent a notice to appellant informing her that her brief was overdue and that failure to file a satisfactory response by November 7, 2022, would result in dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution.

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: January 19, 2023